IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TORRIEO M. CORKER, | * |
| Plaintiff, | * |
| v. | Case No.   7:19-CV-178(HL) |
| | * |
| ROBIN BARROW, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 1, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk